UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SAMEERA AHMAD,

                Plaintiff,

                                        ORDER
v.                                06-CV-339A

KHALID S. MAHRAN and
KIDNEY CARE, P.C.,

                Defendants.

---

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On September 3, 2008, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that plaintiff's motion to reopen and reinstate the action be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, plaintiff's motion to reopen and reinstate the action is granted.

        The case is referred back to Magistrate Judge McCarthy for further proceedings.

SO ORDERED.

s/ *Richard J. Arcar*a
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: September 22, 2008